UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL BRAHAM
    *Plaintiff,*

VS.

CIVIL ACTION NO.
3:00 CV 0261 (TPS)

JOHN ARMSTRONG, ET AL.
    *Defendants.*

OCTOBER 17, 2005

## APPLICATION FOR RELIEF FROM PRO BONO APPOINTMENT

Plaintiff's counsel respectfully requests that he be relieved of his duties as pro bono counsel for plaintiff in the above captioned matter. This request is made pursuant to Local Rule 83.10(d) and Counsel represents the following in support of his request:

1. Counsel has represented the plaintiff's claim up to the point of summary judgment;

2. The next phase of this case will be the possible negotiation of settlement and possibly the appeal of the court's ruling on defendant's motion for summary judgment;

3. In addition to his regular caseload, Counsel is currently preparing for a several criminal trials that will proceed over the course of the next five months all of which are consuming time normally used for pro bono representation;

Based upon the foregoing, it will difficult to competently develop the next level of the plaintiff's claim. As a result, counsel respectfully seeks to

be relieved as pro bono counsel for the plaintiff in the above captioned matter, for good cause pursuant to Local Rule 83.10(1)(vi).

PLAINTIFF'S COUNSEL,

By_____
Glenn M. Conway
Fed Bar CT 17946
Knight, Conway, & Cerritelli, LLC
7-9 Elm Street. Suite 2L
New Haven, CT 06510
203 624 6115
203 624 4791 (fax)

### CERTIFICATION

This is to certify that on this 18th day of October, 2005 a copy of the foregoing was mailed, postpaid, certified to:

Michael Braham
Cheshire CI
900 Highland Ave.
Cheshire, CT 06410

Madeline A. Melchionne
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
GLENN M. CONWAY