# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

BRAHAM v. ARMSTRONG ET AL.

CASE NUMBER: 3:00-cv-00261-TPS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Plaintiff Michael Braham

| | |
|---|---|
| 10/24/05 | *Brett Dignam* (signature) |
| Date | Signature |
| ct00238 | Brett Dignam |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 203-432-4800 | Jerome N. Frank Legal Services Organization |
| Telephone Number | Address |
| 203-432-1426 | Yale Law School |
| Fax Number | PO Box 209090 |
| Brett.Dignam@yale.edu | New Haven, CT 06520-9090 |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Madeline Melchionne
Attorney General's Office
Public Safety and Special Revenue
MacKenzie Hall, 110 Sherman St
Hartford, CT 06105

*Brett Dignam* (signature)
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001