# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

BRAHAM v. ARMSTRONG ET AL.                    CASE NUMBER:    3:00-cv-00261-TPS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:    Plaintiff Michael Braham

---

10/24/05
**Date**

ct 26702
**Connecticut Federal Bar Number**

203-432-0138
**Telephone Number**

203-432-1426
**Fax Number**

giovanna.shay@yale.edu
**E-mail address**

*[Signature]*
**Signature**

Giovanna Shay
**Print Clearly or Type Name**

Jerome N. Frank Legal Services Organization
**Address**

Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Madeline Melchionne
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman St.
Hartford, CT 06105

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001