*00-CV-261*
*CTDC (New Haven)*
*Smith, USMJ*

# United States Court of Appeals
**FOR THE**
**SECOND CIRCUIT**

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 29th day of September, two thousand and five.

Before:     Hon. Rosemary S. Pooler,
            Hon. B. D. Parker,
                        *Circuit Judges*
            Hon. P. Kevin Castel,
                        *District Judge**

Docket No. 03-0153

MICHAEL BRAHAM,
                        *Plaintiff-Appellant,*

- v.-

CLANCY, C/O, I/O; JOHN DOE, Medic, I/O,

                        *Defendants,*

JOHN J. ARMSTRONG, Comm, I/O, LANTZ, Warden, I/O,
NMI BATES, I/O, BROSTEK, C/O, I/O, BELLARO, C/O, I/O, BARBOUR, Lt, I/O

                        *Defendants-Appellees.*

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was submitted by appellant *pro se.*

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is VACATED and REMANDED for further proceedings in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

---

* The Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, sitting by designation.

Issued as Mandate: NOV 1 6 2005