UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**MICHAEL BRAHAM,**
    **Plaintiff,**

V.                                    CIV. NO. 3:00cv00261(TPS)

**JOHN J. ARMSTRONG, ET AL.,**
    **Defendants.**

### WRIT OF HABEAS CORPUS

**TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, GREETING:**

By authority of the United States of America, you are hereby commanded to bring **Michael Braham**, inmate no. 231451, who is now confined at Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, CT 06410, before the United States District Court for the District of Connecticut, at 450 Main Street, Hartford, Connecticut, on the 4th day of May, 2006, at 10:00 a.m., to participate in a settlement conference in a civil matter pending before this court.

Dated at Hartford, Connecticut, this 21st day of February, 2006.

                                      **BY ORDER OF THE COURT**

                                      /s/ Thomas P. Smith
                                      **THOMAS P. SMITH**
                                      **UNITED STATES MAGISTRATE JUDGE**