# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

BRAHAM,
    Plaintiff,

-vs-           No. 3:00-cv-00261-TPS

ARMSTRONG ET AL.,
    Defendants.

## LAW STUDENT INTERN APPEARANCE FORM
## STUDENT CERTIFICATION

I hereby certify as follows:

    1. I am a law student at the Yale Law School in the State of Connecticut, class of 2006, and have completed legal studies amounting to at least two semesters of credit or the equivalent.

    2. I am not employed or compensated by the client.

WHEREFORE I do respectfully request approval of the Court to appear in this matter on behalf of MICHAEL BRAHAM under the supervision of BRETT DIGNAM of the Jerome N. Frank Legal Services Organization, subject to the provisions of District of Connecticut Local Rule of Civil Procedure 83.9.

                                                Stephen Lilley
                                               LAW STUDENT INTERN

## CLIENT CONSENT

I hereby consent to the appearance on my behalf of STEPHEN LILLEY to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of BRETT DIGNAM.

Date: 2/8/06

Signature: *Michael Bunham*
Address: 900 Highland Avenue
Cheshire, CT. 06410

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I am a member of the bar of United States District Court for the District of Connecticut; that I assume professional responsibility for the work of STEPHEN LILLEY as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: February 7, 2006

/s/Brett Dignam
The Jerome N. Frank Legal Services
  Organization
P.O. Box 209090
New Haven, CT 06520
(203) 432-4800

Appearance Approved:

_____
United States ~~District~~ Judge
Date: 2/16/06

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the LAW STUDENT INTERN APPEARANCE FORM, STUDENT CERTIFICATION was mailed, postage prepaid, via first-class mail this 9th day of February 2006 to:

Madeline Melchionne
Attorney General's Office
Public Safety and Special Revenue
MacKenzie Hall
100 Sherman Street
Hartford, CT 06105

/s/BRETT DIGNAM, ct000283
Counsel for Plaintiff Michael Braham