UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL BRAHAM | : | CIVIL NO. 3:00CV261 (AVC)(TPS) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | APRIL 10, 2006 |

## MOTION TO CORRECT AFFIDAVIT OF MICHAEL LEWIS, DATED AUGUST 13, 2002

The defendants respectfully move to correct the Affidavit filed by Michael Lewis, Grievance Coordinator, dated August 13, 2002, and filed in conjunction with defendants' Motion for Summary Judgment.

In support of this Motion, the undersigned states the following:

1. On August 14, 2002, Michael Lewis, former Grievance Coordinator at Corrigan/Radgowski Correctional Center, signed an Affidavit stating that he reviewed the non-medical grievance logs for the years of 1999 and 2000 at Corrigan/Radgowski Correctional Center and had located one grievance filed by inmate Michael Braham, plaintiff in this action. The grievance identified pertained to a hardcover book and was dated November 26, 1999.

2. Pursuant to an informal discovery request made to the undersigned by new counsel for the plaintiff, Attorney Brett Dignam, the undersigned contacted Michael Lewis and asked for a copy of the non-medical grievance logs for 1999-2000 at Corrigan/Radgowski Correctional Center.

3. Mr. Lewis was able to locate only a computer-generated copy of the logs for these years.

4. Upon reviewing same, Mr. Lewis discovered that Mr. Braham had, in fact, filed two grievances during this time period.

5.      In addition to the grievance identified in Mr. Lewis' Affidavit dated August 13, 2002, there existed another grievance, dated June 23, 1999, filed by Mr. Braham. This grievance dealt with the temperature of Mr. Braham's food.

6.      The failure to identify and disclose this information in his August 2002 Affidavit was not intentional, and the defendants seek to correct this omission. Although the subject of this June 1999 grievance has no bearing on the subject matter of this lawsuit, the parties, including Mr. Lewis, want to correct what is now known to be a misstatement.

7.      An Affidavit from Mr. Lewis correcting this misstatement is attached.

   **WHEREFORE**, it is respectfully requested that this Motion be granted.

                                        DEFENDANTS
                                        John Armstrong, et al.

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL


                              BY:_____/s/_____
                                        Madeline A. Melchionne
                                        Assistant Attorney General
                                        110 Sherman Street
                                        Hartford, CT  06105
                                        Federal Bar #ct02029
                                        E-Mail:  madeline.melchionne@po.state.ct.us
                                        Tel: (860) 808-5450
                                        Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of April 2006:

    Attorney Brett Dignam
    Attorney Giovanna E. Shay
    Yale Legal Services
    P.O. Box 209090
    New Haven, CT 06520-9090

                                          _____/s/_____
                                          Madeline A. Melchionne
                                          Assistant Attorney General