# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BRAHAM ) | |
| ) | |
| Plaintiff, ) | 3:00-cv-00261-TPS |
| ) | |
| v. ) | |
| ) | April 18, 2006 |
| JOHN ARMSTRONG, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO RENEW MOTION TO COMPEL

The plaintiff, Michael Braham, respectfully moves to renew the motion to compel filed in this case on June 13, 2001 (Doc. #47). The plaintiff filed this motion to compel *pro se*. In an order dated August 29, 2001 (Doc. # 60), the Court denied the motion to compel without prejudice to renew by his appointed counsel after said counsel complied with the requirements of Rule 9(d) of the Local Rules of Civil Procedure (now Rule 37).

Plaintiff's counsel has complied with the requirements of Rule 37 (see attached affidavit) and now moves to renew the motion to compel with regard to materials related to Mr. Edward Burgos. The Plaintiff's Second Request for Production of Documents, dated December 5, 2000, requested:

> (5) All statements by any witness, whether made directly or documented by any third party in relation to the events alleged in the complaint or described by [the defendant] in answer to any interrogatories.
> . . .
> (9) Any SRG [Security Risk Group] or security threat member investigation of Inmate Burgos #227464.

The defendant objected to providing any materials relating to Mr. Burgos. The plaintiff argued on page 5 of the Memorandum of Law in Support of Plaintiff's Motion to

Compel, dated April 25, 2001, and filed June 13, 2001 (Doc. #50), that "Witness statements are needed to identify any of the defendants' indiscretions," and that "Disclosure of this information [regarding SRG status] would prove that defendants were aware of the dangerousness of the plaintiff's assailant, Edward Burgos, Inmate #227464."

The plaintiff moves the court to order defendants to provide plaintiff with any statements given by Edward Burgos to Department of Correction Officers, State Police Officers, or other officials relating to the incident at issue in this lawsuit. The plaintiff also moves the court to order defendants to provide plaintiff with any materials relating to the Department of Corrections' investigation into or monitoring of Edward Burgos' Security Risk Group status prior to the incident at issue in this lawsuit.

Respectfully submitted,

/s/ Brett Dignam
ct00283
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
203-432-4800
brett.dignam@yale.edu

Counsel for the Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL BRAHAM | ) | |
| | ) | |
| Plaintiff, | ) | 3:00-cv-00261-TPS |
| | ) | |
| v. | ) | |
| | ) | April 18, 2006 |
| JOHN ARMSTRONG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF COMPLIANCE WITH LOC. R. CIV. P. 37(a)(2)

Plaintiffs counsel has conferred with opposing counsel in an effort in good faith to resolve by agreement the issues raised by this Motion to Renew Motion to Compel without the intervention of the Court, and has been unable to reach such an agreement.

Respectfully submitted,

/s/ Brett Dignam
ct00283
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
203-432-4800
brett.dignam@yale.edu

Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that on April 18, 2006, a copy of the foregoing Motion to Renew Motion to Compel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF system.

/s/ Brett Dignam