UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL BRAHAM | ) | |
| | ) | |
| Plaintiff, | ) | 3:00-cv-00261-TPS |
| | ) | |
| v. | ) | |
| | ) | April 18, 2006 |
| JOHN ARMSTRONG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO PRODUCE VIDEOTAPES**

The plaintiff, Michael Braham, respectfully moves the court to order defendants to provide plaintiff with a copy of any and all videotapes of F-Pod of Corrigan Correctional Institution taken on October 4, 1999, the date of the incident at issue in this lawsuit.  This motion is based on the following facts:

1. In the Plaintiff's Second Request for Production of Documents, dated December 5, 2000, the plaintiff requested: "(6) Any and all photographs, films or videotapes of plaintiff, any defendants, other participants in, or other witness to any of the events which are the subject of this lawsuit, or any of the said events themselves or of the scene of any such events."

2. In the Defendant's Response to Plaintiff's Second Request for Production of Documents, dated February 16, 2001, opposing counsel objected to providing any such videotape to the plaintiff.

3. The plaintiff moved the court to order the release of this videotape in his Motion to Compel filed in this case on June 13, 2001 (Doc. #47).

4. Opposing counsel listed "Video, October 4, 1999" as Exhibit #117 in the Joint Pre-Trial Memorandum filed in this case on August 15, 2002 (Doc. #69).

5. Opposing counsel played a videotape from October 4, 1999 for plaintiff's counsel on March 29, 2006.

6. Opposing counsel subsequently visited Corrigan Correctional Institution.

7. Opposing counsel informed plaintiff's counsel by telephone on April 7, 2006 that she had viewed a second, different videotape.

8. Opposing counsel objects to providing the plaintiff copies of both videotapes (see attached affidavit).

The plaintiff respectfully moves the Court to order defendants to provide the plaintiff with copies of all videotapes of F-Pod of Corrigan Correctional Institution taken on October 4, 1999.

Respectfully submitted,

/s/ Brett Dignam
ct00283
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
203-432-4800
brett.dignam@yale.edu

Counsel for the Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL BRAHAM | ) | |
| | ) | |
| Plaintiff, | ) | 3:00-cv-00261-TPS |
| | ) | |
| v. | ) | |
| | ) | April 18, 2006 |
| JOHN ARMSTRONG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF COMPLIANCE WITH LOC. R. CIV. P. 37(a)(2)

Plaintiffs counsel has conferred with opposing counsel in an effort in good faith to resolve by agreement the issues raised by this Motion to Produce Videotapes without the intervention of the Court, and has been unable to reach such an agreement.

/s/ Brett Dignam
ct00283
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
203-432-4800
brett.dignam@yale.edu

Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that on April 18, 2006, a copy of the foregoing Motion To Produce Video was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF system.

/s/ Brett Dignam