UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL BRAHAM | : | CIVIL NO. 3:00cv261 (TPS) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | MAY 26, 2006 |

### STIPULATED SETTLEMENT

**WHEREAS**, the above-captioned 42 U.S.C. § 1983 action was brought by **Michael Braham**, as plaintiff, against the defendants, Commissioner Theresa Lantz, former Commissioner John Armstrong, Correctional Officer Matthew Clancy, Captain Stephen Bates, Correctional Officer Kevin Brostek, Lieutenant Mark Bellaro, Lieutenant Benjamin Barbour and the Department of Correction, alleging violations of his constitutional rights arising out of a physical altercation with another inmate on October 4, 1999, during which plaintiff suffered physical injury; and

**WHEREAS**, the plaintiff, represented by Attorney Brett Dignam of the Jerome N. Frank Legal Services Organization, and the defendants, represented by Assistant Attorney General Madeline A. Melchionne, agree that settlement of all of the issues raised by the above-captioned action, would best serve the interest of the parties; and

**WHEREAS**, said parties have attested, and by affixing their signatures hereto, do hereby acknowledge that they voluntarily consent to this Stipulated Settlement as their free act and deed, without undue influence, coercion or duress, and expressly agree to be bound hereby;

**NOW, THEREFORE**, without further proceedings or adjudications of any of the issues of fact or law raised by the disputed claim(s) herein, the parties stipulate and agree as follows:

1.      The plaintiff shall immediately, and with prejudice pursuant to Rule 41(a)(2) of the Fed.R.Civ.P., move for an order of dismissal of this lawsuit, and shall execute the Release of Liability which is attached hereto as Exhibit A.

2.      Upon dismissal of this lawsuit pursuant to Rule 41(a)(a)(2) of the Fed.R.Civ.P. as described above, and upon receipt of the signed Release of Liability, the State of Connecticut shall, within thirty (30) days, or as soon thereafter as practicable, pay to the plaintiff the sum of Twenty Thousand dollars ($20,000.00) through a check made payable to **Jerome N. Frank Legal Services, Trustee for Michael Braham**.

3.      The parties understand and agree that the payment of the aforesaid sum is not intended to constitute, nor shall it be regarded as, an admission of liability on the part of the State of Connecticut, the Office of the Attorney General, the Department of Correction, or any of their present or former officers, agents or employees, including the named defendants.  Rather, this stipulation between the parties constitutes a compromise settlement of the matters stated in this claim for the sole purpose of avoiding further expense and inconvenience to both parties in pursuing or defending this matter as might otherwise be required.

4.      The parties agree that none of the monies paid as settlement of this matter shall be recoverable by the State of Connecticut for its costs of incarceration of the plaintiff, or to reimburse the State of Connecticut for monies paid in the form of support to the plaintiff.  The underlying statutory obligation that exists for the lien against the plaintiff continue to exist and are not affected by this waiver of satisfaction against this Stipulation of Settlement.

5.      The parties expressly acknowledge that this Stipulation of Settlement is intended to, and shall, constitute full and final settlement of all claims and/or rights of action which have arisen,

or may in the future arise, out of any of the circumstances which are the subject of this lawsuit and any and all claims which may be brought pursuant to the Connecticut Constitution, Connecticut General Statutes and such claims as may be cognizable under Title 42 U.S.C. § 1983 for alleged violations of the plaintiff's federal civil rights. In furtherance thereof, the undersigned plaintiff does now and forever release the defendants, Commissioner Theresa Lantz, former Commissioner John Armstrong, Correctional Officer Matthew Clancy, Captain Stephen Bates, Correctional Officer Kevin Brostek, Lieutenant Mark Bellaro, Lieutenant Benjamin Barbour, the Department of Correction and the State of Connecticut, its agencies, departments, and commissions, and all of their present and former officers, agents and employees from any and all further liability whatsoever in connection with the circumstances surrounding the above-captioned lawsuit in accordance with the duly executed Release of Liability which is attached hereto as Exhibit A.

6.  The parties agree that the terms and conditions of this Stipulation of Settlement shall be incorporated into the Stipulation of Voluntary Dismissal with Prejudice referred to in paragraph 1, above, and that the United States District Court for the District of Connecticut may retain jurisdiction over this matter for the purpose of ensuring that all of the terms and conditions of this agreement are carried out as set forth herein.

7.  The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of this lawsuit with respect to the defendants listed herein, and that the respective parties will each bear their own costs, fees and expenses, and that any attorney's fees which may be owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

                                        FOR THE PLAINTIFF
                                        Michael Braham

                                 BY:_____
                                        Michael Braham

Date:_____

                                        FOR THE DEFENDANTS
                                        John Armstrong, et al.

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL


                               BY:_____ _____
                                        Madeline A. Melchionne
                                        Assistant Attorney General
                                        110 Sherman Street
                                        Hartford, CT  06105
                                        Federal Bar #ct02029
                                        E-Mail:  madeline.melchionne@po.state.ct.us
                                        Tel: (860) 808-5450
                                        Fax: (860) 808-5591