D

116

FILED
2006 JUN -2 A 10: 52
DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



| | |
|---|---|
| MICHAEL BRAHAM | : CIVIL NO. 3:00cv261 (TPS) |
| v. | : |
| JOHN ARMSTRONG, ET AL. | : MAY 24, 2006 |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., the plaintiff and the defendants, through their respective counsel, stipulate to voluntary dismissal with prejudice of this matter.

6/2/06 So Ordered
WWT

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| PLAINTIFF<br>Michael Braham | DEFENDANTS<br>John Armstrong, et al. |
| | ATTORNEY GENERAL<br>RICHARD BLUMENTHAL |
| BY: Brett Dignam/GS<br>Brett Dignam<br>Jerome N. Frank<br>Legal Services Organization<br>P.O. Box 209090<br>New Haven, CT 06520-9090<br>Tel: (203) 432-4800<br>Fax: (203) 432-1426<br>E-Mail: brett.dignam@yale.edu<br>Federal Bar #ct000283 | BY: _____<br>Madeline A. Melchionne<br>Assistant Attorney General<br>110 Sherman Street<br>Hartford, CT 06105<br>Tel: (860) 808-5450<br>Fax: (860) 808-5591<br>E-Mail: madeline.melchionne@po.state.ct.us<br>Federal Bar #ct02029 |