Case 3:00-cv-00261-TPS    Document 118    Filed 02/22/2007    Page 1 of 1

D. Conn. (New Haven)
00-cv-261 TPS
Smith, J.
Yanthis, Mag. J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, at 500 Pearl Street, in the City of New York, on the 2nd day of February, two thousand and seven,

Present:
    Hon. Rosemary S. Pooler,
    Hon. Barrington D. Parker, Jr.,
        *Circuit Judges*,
    Hon. P. Kevin Castel,
        *District Judge.**



Michael Braham,
        Plaintiff-Appellant,

v.                                                                                                                 03-0153-pr

Clancy, C/O, I/O, *et al.*,
        Defendants,

John J. Armstrong, Comm., I/O, *et al.*,
        Defendants-Appellees.



Appellant, *pro se*, has filed a bill of costs seeking $178.75 in copying costs. Upon due consideration, it is ORDERED that the bill of costs is GRANTED and costs shall be taxed. *See* Fed. R. App. P. 39 (a)(4) ("if a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed only as the court orders").

A TRUE COPY
Thomas Asreen, Acting Clerk

by _____
Deputy Clerk
FEB 12 2007

FOR THE COURT:
Thomas Asreen, Acting Clerk

By: __Lucille Carr__

*The Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, sitting by designation.

SAO MZK

Certified:
FEB 7 2007